JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HADNOT, | Case No. EDCV 18-0423-JGB (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| RIVERSIDE COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 20, 2019

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE